UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

ROSE McCRACKEN )
)
v. ) NO. 2:04-CV-318
)
JO ANNE B. BARNHARDT, )
Commissioner of Social Security )

## J U D G M E N T

This is an action for judicial review of the final decision of the defendant Commissioner denying the plaintiff's application for supplemental security income under the Social Security Act.

Pursuant to a memorandum opinion filed herewith, the plaintiff's motion for a judgment on the pleadings is **DENIED**; the defendant's motion for summary judgment is **GRANTED**; and this action is **DISMISSED**.

ENTER:

           s/Thomas Gray Hull
           THOMAS GRAY HULL
             SENIOR U. S. DISTRICT JUDGE